FILED
APR 0 8 2008
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

JUDGE KENDALL

| UNITED STATES OF AMERICA | ) | No. 08CR 284 |
| --- | --- | --- |
| v. | ) | |
| | ) | Violation: Title 8, United States Code, |
| OSCAR RODRIGUEZ-NUNEZ | ) | Sections 1326(a) and (b)(2); and Title 6, |
| | ) | United States Code, Section 202(4) |

**MAGISTRATE JUDGE DENLOW**

The SPECIAL FEBRUARY 2008-1 GRAND JURY charges:

On or about April 1, 2008, at Chicago, in the Northern District of Illinois, Eastern Division,

OSCAR RODRIGUEZ-NUNEZ,

defendant herein, an alien who previously had been deported and removed from the United States on or about October 1, 2004, was present and found in the United States without previously having obtained the express consent of the Secretary of the Department of Homeland Security for reapplication by defendant for admission into the United States;

In violation of Title 8, United States Code, Section 1326(a); and Title 6, United States Code, Section 202(4).

A TRUE BILL:

_____
FOREPERSON

_____
UNITED STATES ATTORNEY