Order Form (01/2005)

# United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Virginia M. Kendall | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 08 CR 284 | **DATE** | April 10, 2008 |
| **CASE TITLE** | USA v. Oscar Rodriguez-Nunez | | |

**DOCKET ENTRY TEXT**

Arraignment held. Attorney Imani Chiphe files an appearance on behalf of Defendant. Enter Order Appointing Counsel. Defendant enters a plea of not guilty to the 1-Count Indictment filed 4/08/2008. Parties to hold 16.1(a) conference by 4/22/2008. Pretrial motions shall be filed by or on 5/20/2008; responses due 6/3/2008; replies due 6/10/2008. Status hearing set for 6/24/2008 at 1:30 PM. Defendant remains in Federal custody. Defendant not objecting, time is excluded under 18 U.S.C. § 3161(h)(1)(F) through and including 6/24/2008 for the filing and review of pretrial motions.

Docketing to mail notices.

00:15

| | Courtroom Deputy Initials | KW |
|---|---|---|