**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 3.2.1**
**Eastern Division**

UNITED STATES OF AMERICA
                              Plaintiff,

v.                                                Case No.: 1:08−cr−00284
                                                       Honorable Virginia M. Kendall

Oscar Rodriguez−Nunez
                              Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Monday, June 23, 2008:

    MINUTE entry before the Honorable Virginia M. Kendall:as to Oscar Rodriguez−Nunez: Status hearing date of 6/24/2008 is reset for 7/1/2008 at 01:30 PM at the government's telephonic request. Mailed notice (jms, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at *www.ilnd.uscourts.gov*.