# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 3.2.1
### Eastern Division

UNITED STATES OF AMERICA

                              Plaintiff,

v.                                          Case No.: 1:08–cr–00284
                                            Honorable Virginia M. Kendall

Oscar Rodriguez–Nunez

                              Defendant.

---

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Wednesday, July 23, 2008:

MINUTE entry before the Honorable Virginia M. Kendall: Defendant reports that he is not ready for change of plea today. Change of Plea Hearing is reset for 8/12/2008 at 1:30 PM. Defendant not objecting, enter excludable delay for the period of 7/23/2008 through 8/12/2008 pursuant to 18 USC 3161(h)(8)(B)(iv). Telephone notice (jms, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.