# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 3.2.1
### Eastern Division

UNITED STATES OF AMERICA

                         Plaintiff,

v.                                         Case No.: 1:08−cr−00284
                                             Honorable Virginia M. Kendall

Oscar Rodriguez−Nunez

                         Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Tuesday, August 19, 2008:

       MINUTE entry before the Honorable Virginia M. Kendall:as to Oscar Rodriguez−Nunez: The government's telephonic request to reset the change of plea hearing is granted. Change of Plea Hearing date of 8/20/2008 is reset for 9/9/2008 at09:30 AM. Mailed notice (jms, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.