## United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Virginia M. Kendall | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 08 CR 284 -1 | **DATE** | September 9, 2008 |
| **CASE TITLE** | USA v. OSCAR RODRIGUEZ-NUNEZ | | |

**DOCKET ENTRY TEXT**

Change of plea hearing held. Defendant withdraws the plea of not guilty and enters a plea of guilty to Count 1. Defendant informed of rights. Court accepts plea and entered judgment of same. Order cause referred to the Probation Office for a presentence investigation report. The government is directed to submit its version of the offense to the Probation Office by September 19, 2008. Any objections to the presentence investigation report and/or motions for departure are to be filed by January 20, 2009. Response is to be filed by January 27, 2009. Sentencing is set for at February 3, 2009 at 1:30 pm.

Docketing to mail notices.

00:30

| | Courtroom Deputy Initials: | JS |
|---|---|---|